AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY D. HAMMOND,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-541**

**VILLAGE OF CROOKSVILLE, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
                                                **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed April 7, 2009, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.**

Date: April 7, 2009                                            JAMES BONINI, CLERK

                                                                   */S/ Andy F. Quisumbing*
                                                                     (By) Andy F. Quisumbing
                                                                     Courtroom Deputy Clerk